**Fill in this information to identify your case and this filing:**

| Debtor 1 | IRA | CHARLES | GAMBLE, II |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | CRYSTAL | LASHAWN | GAMBLE |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): 16-36498-H1-13

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.

**3823 Teal Maple Ct**
Street address, if available, or other description

**Fresno**　　　　**TX**　　**77545**
City　　　　　　　State　　ZIP Code

**Fort Bend**
County

**Lot 20, Block 1, Estates of Teal Run, Section 6**
**Deed dated: July 2006**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **2935060010200907**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**　　**$180,000.00**

**Current value of the portion you own?**　　**$180,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ **Check if this is community property**
(see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................➔  | **$180,000.00** |

### Part 2:  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Debtor 1   **IRA CHARLES GAMBLE, II**
Debtor 2   **CRYSTAL LASHAWN GAMBLE**                    Case number (if known)   **16-36498-H1-13**

| 3.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Mercedes Benz** | ☐ Debtor 1 only | |
| Model: | **E350** | ☑ Debtor 2 only | |
| Year: | **2012** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| Approximate mileage: | **43,000** | ☐ At least one of the debtors and another | **$20,000.00**      **$20,000.00** |
| Other information: | | | |
| **2012 Mercedes Benz E350** | | ☑ Check if this is community property (see instructions) | |

| 3.2. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Chrysler** | ☐ Debtor 1 only | |
| Model: | **300** | ☑ Debtor 2 only | |
| Year: | **2006** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| Approximate mileage: | **140,000** | ☐ At least one of the debtors and another | **$4,000.00**      **$4,000.00** |
| Other information: | | | |
| **2006 Chrysler 300** | | ☑ Check if this is community property (see instructions) | |

| 3.3. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Nissan** | ☑ Debtor 1 only | |
| Model: | **Armada** | ☐ Debtor 2 only | |
| Year: | **2006** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| Approximate mileage: | **130,000** | ☐ At least one of the debtors and another | **$5,000.00**      **$5,000.00** |
| Other information: | | | |
| **2006 Nissan Armada** | | ☑ Check if this is community property (see instructions) | |

| 3.4. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Yamaha** | ☑ Debtor 1 only | |
| Model: | **V-Star** | ☐ Debtor 2 only | |
| Year: | **2012** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| Approximate mileage: | **8,500** | ☐ At least one of the debtors and another | **$5,000.00**      **$5,000.00** |
| Other information: | | | |
| **2012 Yamaha V-Star Motorcycle** | | ☑ Check if this is community property (see instructions) | |

| 3.5. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Ford** | ☑ Debtor 1 only | |
| Model: | **Freestar** | ☐ Debtor 2 only | |
| Year: | **2004** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| Approximate mileage: | **160,000** | ☐ At least one of the debtors and another | **$1,000.00**      **$1,000.00** |
| Other information: | | | |
| **2004 Ford Freestar Van** | | ☑ Check if this is community property (see instructions) | |

| 3.6. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Chevrolet** | ☑ Debtor 1 only | |
| Model: | **Express** | ☐ Debtor 2 only | |
| Year: | **2007** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| Approximate mileage: | **9,000** | ☐ At least one of the debtors and another | **$9,000.00**      **$9,000.00** |
| Other information: | | | |
| **2007 Chevrolet Express** | | ☑ Check if this is community property (see instructions) | |

Debtor 1    **IRA CHARLES GAMBLE, II**
Debtor 2    **CRYSTAL LASHAWN GAMBLE**      Case number (if known)   __16-36498-H1-13__

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - [x] No
   - [ ] Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any
   entries for pages you have attached for Part 2. Write that number here...........................................➔    **$44,000.00**

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - [ ] No
   - [x] Yes. Describe..... **See continuation page(s).**      **$4,315.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
   music collections; electronic devices including cell phones, cameras, media players, games
   - [ ] No
   - [x] Yes. Describe..... **See continuation page(s).**      **$925.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
   stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - [ ] No
   - [x] Yes. Describe..... **See continuation page(s).**      **$110.00**

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
   canoes and kayaks; carpentry tools; musical instruments
   - [ ] No
   - [x] Yes. Describe..... **Treadmill $75.00**      **$180.00**
                              **Weights $75.00**
                              **3 Bikes $30.00**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - [x] No
    - [ ] Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - [ ] No
    - [x] Yes. Describe..... **See continuation page(s).**      **$970.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver
    - [ ] No
    - [x] Yes. Describe..... **See continuation page(s).**      **$220.00**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    - [x] No
    - [ ] Yes. Describe.....

Debtor 1  **IRA CHARLES GAMBLE, II**
Debtor 2  **CRYSTAL LASHAWN GAMBLE**　　　　　　　　　　　Case number (if known)  **16-36498-H1-13**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes.  Give specific
information.............  **See continuation page(s).**　　　　　　　　　　　$220.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.......................................................................→**　　$6,940.00

## Part 4:  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes....................................................................................  Cash: ........................　　$40.00

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................　　Institution name:

| | | |
|---|---|---|
| 17.1. | Checking account: | **Smart Financial Credit Union #4930** | $15.01 |
| 17.2. | Checking account: | **Wells Fargo Bank #2994** | $8,972.90 |
| 17.3. | Savings account: | **Smart Financial Credit Union #4940** | $10.17 |
| 17.4. | Savings account: | **Wells Fargo Bank #8908** | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific
information about
them..........................  Name of entity:　　　　　　　　　　　% of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
information about
them..........................  Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes.  List each
account separately.  Type of account:　　Institution name:

Debtor 1   **IRA CHARLES GAMBLE, II**

Debtor 2   **CRYSTAL LASHAWN GAMBLE**

Case number (if known)   **16-36498-H1-13**

| | | |
|---|---|---|
| 401(k) or similar plan: | **Boise Cascade Company 401(k) Plan** | **$4,000.00** |
| IRA: | **Wells Fargo IRA (open but unfunded)** | **$0.00** |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................   Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................   Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them                                                                                                _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them                                                                                                _____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them                                                                                                _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information
about them, including whether
you already filed the returns
and the tax years......................

Federal:_____

State: _____

Local: _____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

Debtor 1   **IRA CHARLES GAMBLE, II**
Debtor 2   **CRYSTAL LASHAWN GAMBLE**                          Case number (if known)   **16-36498-H1-13**

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
   compensation, Social Security benefits; unpaid loans you made to someone else

   ☐ No
   ☑ Yes. Give specific information   **Current wages**                                    $1,641.20

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No
   ☑ Yes.  Name the insurance
   company of each policy
   and list its value...............   Company name:              Beneficiary:              Surrender or refund value:

   | | | |
   |---|---|---|
   | **Lincoln Benefit Life Company** | **Crystal Gamble** | $0.00 |
   | **Lincoln Benefit Life Company** | **Ira Gamble** | $0.00 |
   | **Employer paid life insurance** | **Crystal Gamble** | $0.00 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
   entitled to receive property because someone has died

   ☑ No
   ☐ Yes.  Give specific information                                    _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☑ No
   ☐ Yes.  Describe each claim........                                    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
   rights to set off claims**

   ☑ No
   ☐ Yes.  Describe each claim........                                    _____

35. **Any financial assets you did not already list**

   ☑ No
   ☐ Yes.  Give specific information                                    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have
   attached for Part 4.  Write that number here**...........................................................➔   | $14,679.28 |

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

   ☐ No.  Go to Part 6.
   ☑ Yes.  Go to line 38.

                                                            Current value of the
                                                            portion you own?
                                                            Do not deduct secured
                                                            claims or exemptions.

38. **Accounts receivable or commissions you already earned**

   ☐ No
   ☑ Yes.  Describe..  **Unpaid child care fees for KidCare Learning Academy**          $1,100.00

Debtor 1   **IRA CHARLES GAMBLE, II**

Debtor 2   **CRYSTAL LASHAWN GAMBLE**                          Case number (if known)   **16-36498-H1-13**

**39.**  Office equipment, furnishings, and supplies

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☑ Yes.  Describe..   **2 Office computers $250.00**                                        **$2,295.00**
**Office desk $75.00**
**Office chair $50.00**
**Office printer $100.00**
**8 Playpens $60.00**
**29 Cots $200.00**
**9 Highchairs $90.00**
**3 Infant chair/bouncers $15.00**
**3 Walkers $20.00**
**6 Classroom tables $300.00**
**5 Cafeteria serving tables $50.00**
**65 Children chairs $100.00**
**Television $20.00**
**2 Radio/cd players $40.00**
**8 Shelves $60.00**
**3 Drawers $15.00**
**Refrigerator $200.00**
**Microwave $50.00**
**5 Kitchen storage and shelves $400.00**
**Kitchen serving island $100.00**
**Children's toys $100.00**

**40.**  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

☑ No

☐ Yes.  Describe..

**41.**  Inventory

☑ No

☐ Yes.  Describe..

**42.**  Interests in partnerships or joint ventures

☑ No

☐ Yes.  Describe.....   Name of entity:                          % of ownership:

**43.**  Customer lists, mailing lists, or other compilations

☑ No

☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes.  Describe.....

**44.**  Any business-related property you did not already list

☑ No

☐ Yes.  Give specific information.

**45.**  Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5.  Write that number here............................................................................➔   **$3,395.00**

Debtor 1    **IRA CHARLES GAMBLE, II**

Debtor 2    **CRYSTAL LASHAWN GAMBLE**

Case number (if known)   __16-36498-H1-13__

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46.** Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes.... _____

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific
   information................ _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.... _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.... _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
   information................ _____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6. Write that number here.................................................................➔ | **$0.00** |

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53.** Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54.** Add the dollar value of all of your entries from Part 7. Write that number here.............................➔ | **$0.00** |

Debtor 1    **IRA CHARLES GAMBLE, II**
Debtor 2    **CRYSTAL LASHAWN GAMBLE**                    Case number (if known) __**16-36498-H1-13**__

| **Part 8:** | **List the Totals of Each Part of this Form** |

55.  **Part 1: Total real estate, line 2**.................................................................................➔          __$180,000.00__

56.  **Part 2: Total vehicles, line 5**                                            __$44,000.00__

57.  **Part 3: Total personal and household items, line 15**                    __$6,940.00__

58.  **Part 4: Total financial assets, line 36**                                __$14,679.28__

59.  **Part 5: Total business-related property, line 45**                       __$3,395.00__

60.  **Part 6: Total farm- and fishing-related property, line 52**              __$0.00__

61.  **Part 7: Total other property not listed, line 54**            +          __$0.00__

62.  **Total personal property.**  Add lines 56 through 61..................     __$69,014.28__     Copy personal     ➔   +    __$69,014.28__
                                                                                                   property total

63.  **Total of all property on Schedule A/B.**   Add line 55 + line 62...........................................         __$249,014.28__

Debtor 1    **IRA CHARLES GAMBLE, II**
Debtor 2    **CRYSTAL LASHAWN GAMBLE**                      Case number (if known)  **16-36498-H1-13**

6.    **Household goods and furnishings (details):**

| | |
|---|---|
| **2 Sofas** | $100.00 |
| **2 Love Seats** | $100.00 |
| **Recliner** | $50.00 |
| **2 Arm Chairs** | $120.00 |
| **2 Lamps** | $20.00 |
| **Desk** | $25.00 |
| **Dining Table** | $150.00 |
| **6 Dining Chairs** | $125.00 |
| **Kitchen Table** | $150.00 |
| **8 Chairs** | $125.00 |
| **3 Beds** | $450.00 |
| **3 Dressers** | $200.00 |
| **3 Chest Drawers** | $150.00 |
| **3 Night Stands** | $75.00 |
| **6 Trash Cans** | $5.00 |
| **4 Outdoor Chairs and Table** | $125.00 |
| **Sheets** | $10.00 |
| **Blankets** | $50.00 |
| **Pillows** | $20.00 |
| **Towels/Cloths** | $25.00 |
| **Curtains** | $100.00 |
| **Aprons** | $50.00 |
| **Tablecloths/Runners** | $10.00 |
| **Napkins** | $5.00 |
| **Chair Covers** | $5.00 |
| **Bags** | $5.00 |
| **Refrigerator** | $1,500.00 |
| **Stove** | $75.00 |
| **Microwave Oven** | $100.00 |
| **Kitchen Appliances** | $50.00 |
| **Washing Machine** | $60.00 |
| **Dryer** | $75.00 |
| **Vacuum Cleaner** | $25.00 |

Debtor 1   **IRA CHARLES GAMBLE, II**
Debtor 2   **CRYSTAL LASHAWN GAMBLE**                    Case number (if known)   **16-36498-H1-13**

| | |
|---|---|
| **Dishware** | $70.00 |
| **Glassware** | $50.00 |
| **Silverware** | $10.00 |
| **Pots & Pans** | $50.00 |

7.  Electronics (details):

| | |
|---|---|
| **Panasonic 60" TV $50.00**<br>**Emerson 32" TV $75.00**<br>**JVC 60" TV $75.00**<br>**Haier 32" TV $50.00** | $250.00 |
| **AOC Computer $150.00**<br>**HP Printer $75.00** | $225.00 |
| **Samsung Cell Phone $75.00**<br>**iPhone $125.00** | $200.00 |
| **Canon Camera** | $250.00 |

8.  Collectibles of value (details):

| | |
|---|---|
| **5 Paintings** | $60.00 |
| **35 Books** | $25.00 |
| **41 Pictures** | $25.00 |

11.  Clothes (details):

| | |
|---|---|
| **Men's Clothing** | $100.00 |
| **Coats** | $75.00 |
| **Designer Wear** | $75.00 |
| **Shoes** | $50.00 |
| **Accessories** | $70.00 |
| **Women's Clothing** | $100.00 |
| **Furs** | $100.00 |
| **Coats** | $100.00 |
| **Designer Wear** | $100.00 |
| **Shoes** | $100.00 |
| **Accessories** | $100.00 |

12.  Jewelry (details):

| | |
|---|---|
| **Men's Wedding Ring** | $20.00 |
| **Woman's Wedding Ring** | $200.00 |

14.  Any other personal and household items you did not already list (details):

| | |
|---|---|
| **Household Tools** | $20.00 |
| **Keyboard** | $50.00 |
| **Drums** | $50.00 |

Debtor 1    **IRA CHARLES GAMBLE, II**
Debtor 2    **CRYSTAL LASHAWN GAMBLE**                          Case number (if known)   **16-36498-H1-13**

**Holiday Decorations**                                                                    **$100.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **IRA** | **CHARLES** | **GAMBLE, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **CRYSTAL** | **LASHAWN** | **GAMBLE** |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-36498-H1-13**
(if known)

☐ Check if this is an
   amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt
04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Lot 20, Block 1, Estates of Teal Run, Section 6**<br>**Deed dated: July 2006**<br>**Parcel: 2935060010200907**<br>Line from *Schedule A/B*: __1.1__ | $180,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**2012 Mercedes Benz E350 (approx. 43000 miles)**<br>**2012 Mercedes Benz E350**<br>Line from *Schedule A/B*: __3.1__ | $20,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **IRA CHARLES GAMBLE, II**
Debtor 2    **CRYSTAL LASHAWN GAMBLE**

Case number (if known)    **16-36498-H1-13**

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2006 Chrysler 300 (approx. 140000 miles)**<br>**2006 Chrysler 300**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __3.2__ | **$4,000.00** | ☑ **$3,775.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description:<br>**2006 Chrysler 300 (approx. 140000 miles)**<br>**2006 Chrysler 300**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __3.2__ | **$4,000.00** | ☑ **$225.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**2006 Nissan Armada (approx. 130000 miles)**<br>Line from *Schedule A/B*: __3.3__ | **$5,000.00** | ☑ **$1,797.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description:<br>**2012 Yamaha V-Star (approx. 8500 miles)**<br>**2012 Yamaha V-Star Motorcycle**<br>Line from *Schedule A/B*: __3.4__ | **$5,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**2004 Ford Freestar (approx. 160000 miles)**<br>**2004 Ford Freestar Van**<br>Line from *Schedule A/B*: __3.5__ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**2007 Chevrolet Express (approx. 9000 miles)**<br>**2007 Chevrolet Express**<br>Line from *Schedule A/B*: __3.6__ | **$9,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**2 Sofas**<br>Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**2 Love Seats**<br>Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Recliner**<br>Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Debtor 1    **IRA CHARLES GAMBLE, II**
Debtor 2    **CRYSTAL LASHAWN GAMBLE**

Case number (if known)    **16-36498-H1-13**

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2 Arm Chairs**<br><br>Line from *Schedule A/B*:   **6** | $120.00 | ☑ $120.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**2 Lamps**<br><br>Line from *Schedule A/B*:   **6** | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Desk**<br><br>Line from *Schedule A/B*:   **6** | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Dining Table**<br><br>Line from *Schedule A/B*:   **6** | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**6 Dining Chairs**<br><br>Line from *Schedule A/B*:   **6** | $125.00 | ☑ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Kitchen Table**<br><br>Line from *Schedule A/B*:   **6** | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**8 Chairs**<br><br>Line from *Schedule A/B*:   **6** | $125.00 | ☑ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**3 Beds**<br><br>Line from *Schedule A/B*:   **6** | $450.00 | ☑ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**3 Dressers**<br><br>Line from *Schedule A/B*:   **6** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **IRA CHARLES GAMBLE, II** | |
|---|---|---|
| Debtor 2 | **CRYSTAL LASHAWN GAMBLE** | Case number (if known) __16-36498-H1-13__ |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**3 Chest Drawers**<br><br>Line from *Schedule A/B*: __6__ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**3 Night Stands**<br><br>Line from *Schedule A/B*: __6__ | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**6 Trash Cans**<br><br>Line from *Schedule A/B*: __6__ | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**4 Outdoor Chairs and Table**<br><br>Line from *Schedule A/B*: __6__ | $125.00 | ☑ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Sheets**<br><br>Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Blankets**<br><br>Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Pillows**<br><br>Line from *Schedule A/B*: __6__ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Towels/Cloths**<br><br>Line from *Schedule A/B*: __6__ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Curtains**<br><br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1   **IRA CHARLES GAMBLE, II**
Debtor 2   **CRYSTAL LASHAWN GAMBLE**                    Case number (if known)   **16-36498-H1-13**

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Aprons** <br> Line from *Schedule A/B*:  **6** | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Tablecloths/Runners** <br> Line from *Schedule A/B*:  **6** | **$10.00** | ☑ **$10.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Napkins** <br> Line from *Schedule A/B*:  **6** | **$5.00** | ☑ **$5.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Chair Covers** <br> Line from *Schedule A/B*:  **6** | **$5.00** | ☑ **$5.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Bags** <br> Line from *Schedule A/B*:  **6** | **$5.00** | ☑ **$5.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Refrigerator** <br> Line from *Schedule A/B*:  **6** | **$1,500.00** | ☑ **$1,500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Stove** <br> Line from *Schedule A/B*:  **6** | **$75.00** | ☑ **$75.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Microwave Oven** <br> Line from *Schedule A/B*:  **6** | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Kitchen Appliances** <br> Line from *Schedule A/B*:  **6** | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Debtor 1    **IRA CHARLES GAMBLE, II**
Debtor 2    **CRYSTAL LASHAWN GAMBLE**                                Case number (if known) __16-36498-H1-13__

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Washing Machine** <br><br> Line from *Schedule A/B*: __6__ | $60.00 | ☑ $60.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Dryer** <br><br> Line from *Schedule A/B*: __6__ | $75.00 | ☑ $75.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Vacuum Cleaner** <br><br> Line from *Schedule A/B*: __6__ | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Dishware** <br><br> Line from *Schedule A/B*: __6__ | $70.00 | ☑ $70.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Glassware** <br><br> Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Silverware** <br><br> Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Pots & Pans** <br><br> Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Panasonic 60" TV $50.00 Emerson 32" TV $75.00 JVC 60" TV $75.00 Haier 32" TV $50.00** <br> Line from *Schedule A/B*: __7__ | $250.00 | ☑ $250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **AOC Computer $150.00 HP Printer $75.00** <br> Line from *Schedule A/B*: __7__ | $225.00 | ☑ $225.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1    **IRA CHARLES GAMBLE, II**
Debtor 2    **CRYSTAL LASHAWN GAMBLE**                    Case number (if known)   **16-36498-H1-13**

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Samsung Cell Phone $75.00 iPhone $125.00** Line from *Schedule A/B*: __7__ | **$200.00** | ☑ **$200.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Canon Camera** Line from *Schedule A/B*: __7__ | **$250.00** | ☑ **$250.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **5 Paintings** Line from *Schedule A/B*: __8__ | **$60.00** | ☑ **$60.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **35 Books** Line from *Schedule A/B*: __8__ | **$25.00** | ☑ **$25.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **41 Pictures** Line from *Schedule A/B*: __8__ | **$25.00** | ☑ **$25.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Treadmill $75.00 Weights $75.00 3 Bikes $30.00** Line from *Schedule A/B*: __9__ | **$180.00** | ☑ **$180.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Men's Clothing** Line from *Schedule A/B*: __11__ | **$100.00** | ☑ **$100.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Coats** Line from *Schedule A/B*: __11__ | **$75.00** | ☑ **$75.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Designer Wear** Line from *Schedule A/B*: __11__ | **$75.00** | ☑ **$75.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Debtor 1   **IRA CHARLES GAMBLE, II**
Debtor 2   **CRYSTAL LASHAWN GAMBLE**                    Case number (if known)   **16-36498-H1-13**

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Shoes** <br><br> Line from *Schedule A/B*: __11__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Accessories** <br><br> Line from *Schedule A/B*: __11__ | **$70.00** | ☑ **$70.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Women's Clothing** <br><br> Line from *Schedule A/B*: __11__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Furs** <br><br> Line from *Schedule A/B*: __11__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Coats** <br><br> Line from *Schedule A/B*: __11__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Designer Wear** <br><br> Line from *Schedule A/B*: __11__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Shoes** <br><br> Line from *Schedule A/B*: __11__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Accessories** <br><br> Line from *Schedule A/B*: __11__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Men's Wedding Ring** <br><br> Line from *Schedule A/B*: __12__ | **$20.00** | ☑ **$20.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |

Debtor 1    **IRA CHARLES GAMBLE, II**
Debtor 2    **CRYSTAL LASHAWN GAMBLE**                                    Case number (if known)   **16-36498-H1-13**

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Woman's Wedding Ring**<br><br>Line from *Schedule A/B*:  **12** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description: **Household Tools**<br><br>Line from *Schedule A/B*:  **14** | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Keyboard**<br><br>Line from *Schedule A/B*:  **14** | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Drums**<br><br>Line from *Schedule A/B*:  **14** | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Holiday Decorations**<br><br>Line from *Schedule A/B*:  **14** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Cash**<br><br>Line from *Schedule A/B*:  **16** | $40.00 | ☑ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Smart Financial Credit Union #4930**<br><br>Line from *Schedule A/B*:  **17.1** | $15.01 | ☑ $15.01<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Smart Financial Credit Union #4940**<br><br>Line from *Schedule A/B*:  **17.3** | $10.17 | ☑ $10.17<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Wells Fargo Bank #2994**<br><br>Line from *Schedule A/B*:  **17.2** | $8,972.90 | ☑ $8,972.90<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Debtor 1   **IRA CHARLES GAMBLE, II**
Debtor 2   **CRYSTAL LASHAWN GAMBLE**

Case number (if known)   **16-36498-H1-13**

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Wells Fargo Bank #8908**  Line from *Schedule A/B*: __17.4__ | $0.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Wells Fargo IRA (open but unfunded)**  Line from *Schedule A/B*: __21__ | $0.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Brief description: **Boise Cascade Company 401(k) Plan**  Line from *Schedule A/B*: __21__ | $4,000.00 | ☑ $4,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Brief description: **Current wages**  Line from *Schedule A/B*: __30__ | $1,641.20 | ☑ $1,641.20  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Lincoln Benefit Life Company**  Line from *Schedule A/B*: __31__ | $0.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |
| Brief description: **Lincoln Benefit Life Company**  Line from *Schedule A/B*: __31__ | $0.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |
| Brief description: **Employer paid life insurance**  Line from *Schedule A/B*: __31__ | $0.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |
| Brief description: **Unpaid child care fees for KidCare Learning Academy**  Line from *Schedule A/B*: __38__ | $1,100.00 | ☑ $1,100.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Debtor 1   **IRA CHARLES GAMBLE, II**
Debtor 2   **CRYSTAL LASHAWN GAMBLE**                          Case number (if known)   **16-36498-H1-13**

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2 Office computers $250.00**<br>**Office desk $75.00**<br>**Office chair $50.00**<br>**Office printer $100.00**<br>**8 Playpens $60.00**<br>**29 Cots $200.00**<br>**9 Highchairs $90.00**<br>**3 Infant chair/bouncers $15.00**<br>**3 Walkers $20.00**<br>**6 Classroom tables $300.00**<br>**5 Cafeteria serving tables $50.00**<br>**65 Children chairs $100.00**<br>**Television $20.00**<br>**2 Radio/cd players $40.00**<br>**8 Shelves $60.00**<br>**3 Drawers $15.00**<br>**Refrigerator $200.00**<br>**Microwave $50.00**<br>**5 Kitchen storage and shelves $400.00**<br>**Kitchen serving island $100.00**<br>**Children's toys $100.00**<br>Line from *Schedule A/B*:   **39** | **$2,295.00** | ☑   **$2,295.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **IRA** | **CHARLES** | **GAMBLE, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **CRYSTAL** | **LASHAWN** | **GAMBLE** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-36498-H1-13**
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|
| **2.1** | | | |

| | |
|---|---|
| **American Credit Acceptance LLC** | Describe the property that secures the claim: |
| Creditor's name | **2012 Yamaha V-Star Motorcycle** |
| **961 E. Main St.** | |
| Number   Street | |

|  Column A | Column B | Column C |
|---|---|---|
| $8,178.37 | $5,000.00 | $3,178.37 |

| | |
|---|---|
| **Spartanburg          SC    29302** | As of the date you file, the claim is: Check all that apply. |
| City          State   ZIP Code | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. |
| ☑ Debtor 1 only | ☑ An agreement you made (such as mortgage or secured car loan) |
| ☐ Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) |
| ☐ Debtor 1 and Debtor 2 only | ☐ Judgment lien from a lawsuit |
| ☐ At least one of the debtors and another | ☐ Other (including a right to offset) |
| ☐ **Check if this claim relates to a community debt** | |

Date debt was incurred   **2/2011**     Last 4 digits of account number   **1   0   0   1**

Add the dollar value of your entries in Column A on this page. Write that number here:

| |
|---|
| $8,178.37 |

Debtor 1  **IRA CHARLES GAMBLE, II**
Debtor 2  **CRYSTAL LASHAWN GAMBLE**

Case number (if known)  **16-36498-H1-13**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.2**

**Conns Credit Corp**
Creditor's name
**3295 College St**
Number    Street

Describe the property that
secures the claim:

**Household Goods**

| | $5,502.00 | $3,000.00 | $2,502.00 |

**Beaumont**          **TX**   **77701**
City                        State  ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **10/2015**

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number    **5   0   3   0**

---

**2.3**

**Conns Credit Corp**
Creditor's name
**3295 College St**
Number    Street

Describe the property that
secures the claim:

**Household Goods**

| | $3,775.00 | $2,000.00 | $1,775.00 |

**Beaumont**          **TX**   **77701**
City                        State  ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **07/2016**

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number    **8   6   3   3**

---

Add the dollar value of your entries in Column A on this page.  Write
that number here:

**$9,277.00**

Debtor 1  **IRA CHARLES GAMBLE, II**
Debtor 2  **CRYSTAL LASHAWN GAMBLE**

Case number (if known)  **16-36498-H1-13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.4**

**Estates of Teal Run HOA**
Creditor's name
**1225 Alma Road**
Number    Street

Describe the property that secures the claim:

**Principal Residence**

$986.28    $180,000.00

**Richardson       TX   75081**
City              State  ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred _____

Last 4 digits of account number    **5   8   1   3**

**3823 Teal Maple Ct**
**Fresno, TX  77545**

**2.5**

**Go Credit Financial**
Creditor's name
**7465 E. Hampton Ave.**
Number    Street

Describe the property that secures the claim:

**2006 Nissan Armada**

$3,203.00    $5,000.00

**Mesa              AZ   85209**
City              State  ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred _____

Last 4 digits of account number    ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write that number here:

$4,189.28

Debtor 1   **IRA CHARLES GAMBLE, II**
Debtor 2   **CRYSTAL LASHAWN GAMBLE**

Case number (if known)   **16-36498-H1-13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
| --- | --- | --- | --- | --- |

| 2.6 | Describe the property that secures the claim: | $592.00 | $4,000.00 | |
| --- | --- | --- | --- | --- |

**Lobel Financial Corp**
Creditor's name
**Po Box 3000**
Number   Street

**2006 Chrysler 300**

**Anaheim        CA   92803**
City        State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **09/2013**        Last 4 digits of account number   **7   2   2   2**

| 2.7 | Describe the property that secures the claim: | $9,922.75 | $9,000.00 | $922.75 |
| --- | --- | --- | --- | --- |

**Lucky Star Motors**
Creditor's name
**1940 Highway 6 North**
Number   Street

**2007 Chevrolet Express**

**Houston        TX   77077**
City        State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **1/2016**        Last 4 digits of account number   **4   1   7   4**

Add the dollar value of your entries in Column A on this page.  Write that number here:        **$10,514.75**

Debtor 1   **IRA CHARLES GAMBLE, II**
Debtor 2   **CRYSTAL LASHAWN GAMBLE**

Case number (if known)   **16-36498-H1-13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.8**

**Nationstar Mortgage LLC**
Creditor's name
**PO Box 619094**
Number     Street

**Dallas          TX    75261-9741**
City          State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **07/2006**

Describe the property that secures the claim:

**Principal Residence**

$230,254.00     $180,000.00     $50,254.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number   **8   3   5   1**

---

**2.9**

**Nationstar Mortgage LLC**
Creditor's name
**PO Box 619094**
Number     Street

**Dallas          TX    75261-9741**
City          State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **Various**

Describe the property that secures the claim:

**Principal Residence**

$5,500.00     $5,500.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Arrearage claim**

Last 4 digits of account number   **8   3   5   1**

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$235,754.00**

Debtor 1  **IRA CHARLES GAMBLE, II**
Debtor 2  **CRYSTAL LASHAWN GAMBLE**

Case number (if known)  **16-36498-H1-13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.10**

**Real Time Resolutions, Inc.**
Creditor's name
**PO Box 36655**
Number     Street

Describe the property that secures the claim:

**Principal Residence**

| | $45,000.00 | $180,000.00 | $45,000.00 |

**Dallas                  TX    75235-1655**
City              State     ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Date debt was incurred    **2006**          Last 4 digits of account number    **6   7   6   4**

**3823 Teal Maple Ct**
**Fresno, TX  77545**

**2.11**

**Santander Consumer USA**
Creditor's name
**Po Box 961245**
Number     Street

Describe the property that secures the claim:

**2012 Mercedes Benz E350**

| | $29,174.71 | $20,000.00 | $9,174.71 |

**Fort Worth          TX    76161**
City              State     ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Date debt was incurred    **08/2014**          Last 4 digits of account number    **1   0   0   0**

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$74,174.71**

If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:

**$342,088.11**

**Fill in this information to identify your case:**

| Debtor 1 | IRA | CHARLES | GAMBLE, II |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | CRYSTAL | LASHAWN | GAMBLE |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-36498-H1-13**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | **$400.00** | **$400.00** | **$0.00** |

| **Attorney General Office** | Last 4 digits of account number ___ ___ ___ ___ |
|---|---|
| Priority Creditor's Name | |
| **Child Support Enforcement** | When was the debt incurred? _____ |
| Number          Street | |
| **6161 Savoy, Ste. 320** | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| _____ | ☐ Unliquidated |
| **Houston          TX     77036** | ☐ Disputed |
| City                State    ZIP Code | |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☑ Debtor 1 only | ☑ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another | intoxicated |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify _____ |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

**Child support arrearage only.  No ongoing payments reuried.**

Debtor 1   **IRA CHARLES GAMBLE, II**
Debtor 2   **CRYSTAL LASHAWN GAMBLE**

Case number (if known)   **16-36498-H1-13**

**Part 1:**    Your PRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| **2.2** | | $3,200.00 | $3,200.00 | $0.00 |
|---|---|---|---|---|

**David L. Venable, Attorney at Law**
Priority Creditor's Name
**12200 Northwest Freeway**
Number   Street
**Suite 316**

**Houston**    **TX**    **77092**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify
  **Attorney fees for this case**

| **2.3** | | $387.96 | $387.96 | $0.00 |
|---|---|---|---|---|

**IRS/Special Procedure Branch**
Priority Creditor's Name
**PO Box 7346**
Number   Street

**Philadelphia**    **PA**    **19101-7346**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  7  2  8  8

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

| **2.4** | | $1,618.95 | $1,349.20 | $269.75 |
|---|---|---|---|---|

**Texas Workforce Commission**
Priority Creditor's Name
**101 E. 15th St. Room 556**
Number   Street

**Austin**    **TX**    **78778-0001**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  **2015-2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

Debtor 1    **IRA CHARLES GAMBLE, II**
Debtor 2    **CRYSTAL LASHAWN GAMBLE**                    Case number (if known)    **16-36498-H1-13**

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐   No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑   Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | Total claim |
|---|---|

**4.1**

|  |  |  | $2,299.26 |
|---|---|---|---|

**Advantage Assets II, Inc.**
Nonpriority Creditor's Name
**7322 Southwest Freeway, Suite 1600**
Number        Street

**Houston                    TX      77074**
City                                State      ZIP Code

**Who incurred the debt?**  Check one.
☐   Debtor 1 only
☑   Debtor 2 only
☐   Debtor 1 and Debtor 2 only
☐   At least one of the debtors and another
☐   **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑   No
☐   Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐   Contingent
☐   Unliquidated
☐   Disputed

**Type of NONPRIORITY unsecured claim:**
☐   Student loans
☐   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐   Debts to pension or profit-sharing plans, and other similar debts
☑   Other.  Specify
**Judgment Debt**

**4.2**

|  |  |  | $762.77 |
|---|---|---|---|

**AT&T Services, Inc.**
Nonpriority Creditor's Name
**One AT&T Way, Room 3A 231**
Number        Street

**Bedminster                  NJ      07921**
City                                State      ZIP Code

**Who incurred the debt?**  Check one.
☐   Debtor 1 only
☑   Debtor 2 only
☐   Debtor 1 and Debtor 2 only
☐   At least one of the debtors and another
☐   **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑   No
☐   Yes

Last 4 digits of account number    5   6   6   5
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐   Contingent
☐   Unliquidated
☐   Disputed

**Type of NONPRIORITY unsecured claim:**
☐   Student loans
☐   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐   Debts to pension or profit-sharing plans, and other similar debts
☑   Other.  Specify
**Services**

Debtor 1   **IRA CHARLES GAMBLE, II**
Debtor 2   **CRYSTAL LASHAWN GAMBLE**

Case number (if known)   **16-36498-H1-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.3 | | **$0.00** |
| --- | --- | --- |

**Biz Advance Now, LLC**
Nonpriority Creditor's Name
**1 Liberty Plaza, 46th Floor**
Number        Street

**New York        NY    10006**
City                    State    ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?    **7/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Loan**

| 4.4 | | **$141.00** |
| --- | --- | --- |

**Caine & Weiner**
Nonpriority Creditor's Name
**Po Box 5010**
Number        Street

**Woodland Hills      CA    91365**
City                    State    ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  **0    5    2    9**
When was the debt incurred?    **05/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Collection Attorney**

| 4.5 | | **$188.00** |
| --- | --- | --- |

**Capital One Bank**
Nonpriority Creditor's Name
**15000 Capital One Dr**
Number        Street

**Richmond        VA    23238**
City                    State    ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  **2    9    4    3**
When was the debt incurred?    **03/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Credit Card**

| Debtor 1 | **IRA CHARLES GAMBLE, II** | | |
|---|---|---|---|
| Debtor 2 | **CRYSTAL LASHAWN GAMBLE** | | Case number (if known) |  **16-36498-H1-13** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.6
**$1,924.03**

**Chase**
Nonpriority Creditor's Name
**PO Box 15298**
Number       Street

**Wilmington          DE      19850-5298**
City                             State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 3 2 0 0

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

### 4.7
**$5,000.00**

**Commercial Asset Recovery**
Nonpriority Creditor's Name
**14 Wall St, 20th Floor**
Number       Street

**New York              NY      10005**
City                             State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **?**

### 4.8
**$525.00**

**Credit One Bank, N.A.**
Nonpriority Creditor's Name
**Po Box 98875**
Number       Street

**Las Vegas            NV      89193**
City                             State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 9 6 7 7

**When was the debt incurred?** 08/2014

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

Debtor 1    **IRA CHARLES GAMBLE, II**
Debtor 2    **CRYSTAL LASHAWN GAMBLE**                Case number (if known) __16-36498-H1-13__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.9** | | | $2,860.00

**Dept Of Education/Navient**
Nonpriority Creditor's Name
**PO Box 9635**
Number      Street

**Wilkes-Barre          PA      18773**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **2   0   4   9**
When was the debt incurred?   **07/2009**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

---

**4.10** | | | $137.00

**Diversified Credit Sys**
Nonpriority Creditor's Name
**706 Glencrest Ln Ste A**
Number      Street

**Longview              TX      75601**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **5   4   9   1**
When was the debt incurred?   **06/2014**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collection Attorney**

---

**4.11** | | | $0.00

**Everest Business Funding**
Nonpriority Creditor's Name
**2001 NW 107th Ave, 3rd Floor**
Number      Street

**Miami                 FL      33172**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___
When was the debt incurred?   **12/2014**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Loan**

---

| | |
|---|---|
| Debtor 1 | **IRA CHARLES GAMBLE, II** |
| Debtor 2 | **CRYSTAL LASHAWN GAMBLE** |

Case number (if known) **16-36498-H1-13**

---

**Part 2:**  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.12**

$41,141.95

**Fed Loan Servicing**
Nonpriority Creditor's Name
**PO Box 69184**
Number      Street

Last 4 digits of account number   **0   0   2   6**

When was the debt incurred?   **08/2010**

**Harrisburg**           **PA**    **17106-9184**
City                  State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.13**

$1,833.00

**First Data**
Nonpriority Creditor's Name
**265 Broad Hollow Rd**
Number      Street

Last 4 digits of account number   **0   0   0   0**

When was the debt incurred?   **10/01/2016**

**Melville**            **NY**    **11747**
City                  State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Lease**

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.14**

$382.85

**Fort Bend County TRA**
Nonpriority Creditor's Name
**16107 Kensington Dr. #1008**
Number      Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?

**Sugar Land**          **TX**    **77479**
City                  State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Toll Fees**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor 1   **IRA CHARLES GAMBLE, II**
Debtor 2   **CRYSTAL LASHAWN GAMBLE**                    Case number (if known) __16-36498-H1-13__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the
previous page.

|  | **Total claim** |
| --- | --- |

**4.15**

|  | $306,135.00 |
| --- | --- |

**Jung H. Kwak**
Nonpriority Creditor's Name
**2621 Sunfish Dr.**
Number     Street


**Pearland**          **TX**    **77584-3041**
City              State    ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [ ] No
- [x] Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?    __4/2014__

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Breach of Lease**

**4.16**

|  | $184.00 |
| --- | --- |

**Medicredit**
Nonpriority Creditor's Name
**Po Box 1629**
Number     Street


**Maryland Heights**      **MO**    **63043**
City              State    ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  _1_ _6_ _1_ _7_
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Medical Services**

**4.17**

|  | $0.00 |
| --- | --- |

**Merchant Cash & Capital**
Nonpriority Creditor's Name
**460 Park Avenue South, 10th Floor**
Number     Street


**New York**          **NY**    **10016**
City              State    ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?    __9/2014__

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Loan**

Debtor 1    **IRA CHARLES GAMBLE, II**
Debtor 2    **CRYSTAL LASHAWN GAMBLE**
                                                    Case number (if known)   **16-36498-H1-13**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.18**
                                                                            **$3,439.83**

**Midland Funding, LLC**        Last 4 digits of account number    **1   4   7   2**
Nonpriority Creditor's Name
**16 McLeland Rd, Suite 101**    When was the debt incurred?
Number        Street
                                 As of the date you file, the claim is: Check all that apply.

                                 ☐ Contingent
                                 ☐ Unliquidated
**St. Cloud**        **MN**   **56303**    ☐ Disputed
City                 State    ZIP Code
**Who incurred the debt?**   Check one.     **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                  ☐ Student loans
☑ Debtor 2 only                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only         that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt    ☑ Other. Specify
                                     **Collecting Agency**
**Is the claim subject to offset?**

☑ No
☐ Yes

**4.19**
                                                                            **$132.11**

**Music & Arts Centers**         Last 4 digits of account number    **6   6   8   6**
Nonpriority Creditor's Name
**4626 Wedgewood Blvd**          When was the debt incurred?
Number        Street
                                 As of the date you file, the claim is: Check all that apply.

                                 ☐ Contingent
                                 ☐ Unliquidated
**Frederick**        **MD**   **21703-7159**    ☐ Disputed
City                 State    ZIP Code
**Who incurred the debt?**   Check one.     **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                  ☐ Student loans
☑ Debtor 2 only                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only         that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt    ☑ Other. Specify
                                     **Credit Card**
**Is the claim subject to offset?**

☑ No
☐ Yes

**4.20**
                                                                            **$6,102.00**

**New Era Lending LLC**          Last 4 digits of account number    ___ ___ ___ ___
Nonpriority Creditor's Name
**North Orange St. Suite 762**   When was the debt incurred?   **10/2014**
Number        Street
                                 As of the date you file, the claim is: Check all that apply.

                                 ☐ Contingent
                                 ☐ Unliquidated
**Wilmington**       **DE**   **19801**     ☐ Disputed
City                 State    ZIP Code
**Who incurred the debt?**   Check one.     **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                  ☐ Student loans
☑ Debtor 2 only                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only         that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt    ☑ Other. Specify
                                     **Loan**
**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor 1    **IRA CHARLES GAMBLE, II**
Debtor 2    **CRYSTAL LASHAWN GAMBLE**                    Case number (if known)    **16-36498-H1-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.                                                                            **Total claim**

### 4.21                                                                                                                    $50.98

**Pediatric Pathology Consultants**
Nonpriority Creditor's Name
**PO Box 1907**
Number        Street

Last 4 digits of account number    **6    4    2    2**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Greenville          TX      75403**
City                  State   ZIP Code

Who incurred the debt?    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify _____

### 4.22                                                                                                                    $120.00

**Revenue Recovery Corp**
Nonpriority Creditor's Name
**Po Box 50250**
Number        Street

Last 4 digits of account number    **0    6    6    4**

When was the debt incurred?    **03/2015**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Knoxville          TN      37950**
City                  State   ZIP Code

Who incurred the debt?    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Collection Attorney**

### 4.23                                                                                                                    $184.91

**St. Lukes Hospital**
Nonpriority Creditor's Name
**PO Box 4288**
Number        Street

Last 4 digits of account number    **0    7    0    4**

When was the debt incurred?    **5/2015**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Houston          TX      77210-4288**
City                  State   ZIP Code

Who incurred the debt?    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Medical Services**

| Debtor 1 | **IRA CHARLES GAMBLE, II** | | |
|---|---|---|---|
| Debtor 2 | **CRYSTAL LASHAWN GAMBLE** | Case number (if known) | **16-36498-H1-13** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.24**

| | | $15,855.03 |
|---|---|---|

**Texas Children's Hospital**
Nonpriority Creditor's Name
**PO Box 4494**
Number     Street

**Houston          TX     77210**
City          State    ZIP Code

Who incurred the debt?  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   **4  8  1  4**
When was the debt incurred?    **Sep-Oct 2015**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Medical Services**

**4.25**

| | | $200.00 |
|---|---|---|

**Texas Children's Physician**
Nonpriority Creditor's Name
**Services Organization**
Number     Street
**PO Box 4984**

**Houston          TX     77210-4984**
City          State    ZIP Code

Who incurred the debt?  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   **7  0  1  9**
When was the debt incurred?    **10/2015**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Medical Services**

**4.26**

| | | $12,000.00 |
|---|---|---|

**The Fundworks, LLC**
Nonpriority Creditor's Name
**15260 Ventura Blvd #1430**
Number     Street

**Sherman Oaks     CA     91403**
City          State    ZIP Code

Who incurred the debt?  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **?**

Debtor 1    **IRA CHARLES GAMBLE, II**
Debtor 2    **CRYSTAL LASHAWN GAMBLE**                    Case number (if known)   **16-36498-H1-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.27 | |
| --- | --- |

**$950.00**

**Woodforest National Bank**
Nonpriority Creditor's Name
**PO Box 7089**
Number        Street

**The Woodlands        TX      77387**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Bank Charges**

Debtor 1    **IRA CHARLES GAMBLE, II**
Debtor 2    **CRYSTAL LASHAWN GAMBLE**                          Case number (if known)  __16-36498-H1-13__

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
     For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
     creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
     debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
     any debts in Parts 1 or 2, do not fill out or submit this page.

**Asset Recovery Solutions LLC**                          On which entry in Part 1 or Part 2 did you list the original creditor?
Name
**2200 E. Devon Ave Suite 200**                          Line  __4.6__  of  *(Check one:)*  ☐ Part 1: Creditors with Priority Unsecured Claims
Number        Street
                                                                                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims

                                                          Last 4 digits of account number   __7__  __5__  __0__  __2__
**Des Plaines**              **IL**     **60018-4501**
City                         State     ZIP Code

**Attorney General Office**                              On which entry in Part 1 or Part 2 did you list the original creditor?
Name
**PO Box 12017**                                          Line  __2.4__  of  *(Check one:)*  ☑ Part 1: Creditors with Priority Unsecured Claims
Number        Street
                                                                                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

                                                          Last 4 digits of account number   ___  ___  ___  ___
**Austin**                   **TX**     **78711**
City                         State     ZIP Code

**Convergent Outsourcing, Inc.**                         On which entry in Part 1 or Part 2 did you list the original creditor?
Name
**PO Box 9004**                                           Line  __4.18__  of  *(Check one:)*  ☐ Part 1: Creditors with Priority Unsecured Claims
Number        Street
                                                                                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims

                                                          Last 4 digits of account number   ___  ___  ___  ___
**Renton**                   **WA**     **98057**
City                         State     ZIP Code

**Credit America**                                       On which entry in Part 1 or Part 2 did you list the original creditor?
Name
**101 Grovers Mill Rd, Suite 303**                        Line  __4.19__  of  *(Check one:)*  ☐ Part 1: Creditors with Priority Unsecured Claims
Number        Street
                                                                                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims

                                                          Last 4 digits of account number   ___  ___  ___  ___
**Lawrenceville**            **NJ**     **08648-4706**
City                         State     ZIP Code

**Harris & Harris, Ltd.**                                On which entry in Part 1 or Part 2 did you list the original creditor?
Name
**111 West Jackson Blvd., Suite 400**                     Line  __4.24__  of  *(Check one:)*  ☐ Part 1: Creditors with Priority Unsecured Claims
Number        Street
                                                                                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims

                                                          Last 4 digits of account number   __9__  __8__  __1__  __9__
**Chicago**                  **IL**     **60604-4135**
City                         State     ZIP Code

---

Debtor 1    **IRA CHARLES GAMBLE, II**
Debtor 2    **CRYSTAL LASHAWN GAMBLE**      Case number (if known)   **16-36498-H1-13**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**IC Systems, Inc.**
Name
**PO Box 64378**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.2**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**St. Paul**      **MN**      **55164-0378**
City          State     ZIP Code

**Last 4 digits of account number**   __ __ __ __ __

---

**IRS/Special Procedures Dept.**
Name
**Attn: BK Section**
Number    Street
**Mail Code 5024HOU**

**1919 Smith Street**

**Houston**      **TX**      **77002**
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **2.3**   of   *(Check one):*   ☑ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __ __

---

**J. Daniel Wilson**
Name
**Hildebrand & Wilson LLP**
Number    Street
**7930 Broadway Suite 122**

**Pearland**      **TX**      **77581**
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.15**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __ __

---

**Michael J. Scott**
Name
**1120 Metrocrest Dr. Ste. 100**
Number    Street

**Carrollton**      **TX**      **75006**
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.1**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __ __

---

**Perdue Brandon Fielder Collins & Mott**
Name
**Attorneys at Law**
Number    Street
**1235 North Loop West #600**

**Houston**      **TX**      **77008**
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.14**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __ __

| Debtor 1 | **IRA CHARLES GAMBLE, II** | | |
|---|---|---|---|
| Debtor 2 | **CRYSTAL LASHAWN GAMBLE** | Case number (if known) | **16-36498-H1-13** |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $400.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $2,006.91 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $3,200.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. | $5,606.91 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $44,001.95 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $358,546.77 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $402,548.72 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **IRA** | **CHARLES** | **GAMBLE, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **CRYSTAL** | **LASHAWN** | **GAMBLE** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-36498-H1-13**
(if known)

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
|---|---|---|
| 2.1 | **CECO Partners** <br> Name <br> **PO Box 2517** <br> Number      Street <br><br> **Sugar Land**                          **TX**      **77487** <br> City                                         State    ZIP Code | **Lease of premises at** <br> **12125 Highway 6, Ste C** <br> **Fresno, TX  77545** <br> **Contract to be ASSUMED** |

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **IRA** | **CHARLES** **GAMBLE, II** |
| | First Name | Middle Name   Last Name |
| Debtor 2 | **CRYSTAL** | **LASHAWN** **GAMBLE** |
| (Spouse, if filing) | First Name | Middle Name   Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | |
| Case number (if known) | **16-36498-H1-13** | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes

   In which community state or territory did you live?   **Texas**   Fill in the name and current address of that person.

   **CRYSTAL LASHAWN GAMBLE**
   Name of your spouse, former spouse, or legal equivalent
   **3823 Teal Maple Ct**
   Number       Street

   **Fresno**                    **TX**      **77545**
   City                         State     ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **IRA** | **CHARLES** | **GAMBLE, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **CRYSTAL** | **LASHAWN** | **GAMBLE** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number   **16-36498-H1-13**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed | ☑ Employed |
| | | ☐ Not employed | ☐ Not employed |
| **Occupation** | | **Driver** | **Self-Employed** |
| **Employer's name** | | **Boise Cascade Company** | **KidCare Learning Academy** |
| **Employer's address** | | **1111 W. Jefferson St.** | **12125 Hwy 6 Ste C** |
| | | Number  Street | Number  Street |
| | | **Suite 300** | |
| | | **Boise**   ID   **83702-538** | **Fresno**   TX   **77545** |
| | | City   State   Zip Code | City   State   Zip Code |
| **How long employed there?** | | **March 2016** | **2012** |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$3,064.49** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$1,723.78** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$4,788.27** | **$0.00** |

Debtor 1  **IRA CHARLES GAMBLE, II**
Debtor 2  **CRYSTAL LASHAWN GAMBLE**                    Case number (if known)  **16-36498-H1-13**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ....................................................➔ | 4. | $4,788.27 | $0.00 |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $595.25 | $0.00 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $287.30 | $0.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | 5e. Insurance | 5e. | $455.72 | $0.00 |
| | 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| | 5g. Union dues | 5g. | $0.00 | $0.00 |
| | 5h. Other deductions.  Specify: _____ | 5h.+ | $0.00 | $0.00 |
| 6. | Add the payroll deductions.  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $1,338.27 | $0.00 |
| 7. | Calculate total monthly take-home pay.  Subtract line 6 from line 4. | 7. | $3,450.00 | $0.00 |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $3,654.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| | 8e. Social Security | 8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify:  **Grandaughter's Social Security** | 8f. | $733.00 | $0.00 |
| | 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| | 8h. Other monthly income.  Specify: _____ | 8h.+ | $0.00 | $0.00 |
| 9. | Add all other income.  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $733.00 | $3,654.00 |
| 10. | Calculate monthly income.  Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $4,183.00 + | $3,654.00 = |

Line 10 result: **$7,837.00**

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. +  **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12.  **$7,837.00**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.   **None.**
☐ Yes. Explain:

Debtor 1  **IRA CHARLES GAMBLE, II**
Debtor 2  **CRYSTAL LASHAWN GAMBLE**

Case number (if known)  **16-36498-H1-13**

8a.  Attached Statement (Debtor 2)

### Day Care

**Gross Monthly Income:** $25,750.00

| Expense | Category | Amount |
|---|---|---|
| Rent | | **$5,533.00** |
| Payroll | | **$14,333.00** |
| Electric | | **$450.00** |
| Phone | | **$202.00** |
| Fire Alarm | | **$180.00** |
| Bus operation | | **$340.00** |
| Website | | **$60.00** |
| Advertising | | **$100.00** |
| Credit/Debit card machine | | **$100.00** |
| Insurance | | **$325.00** |
| Office supplies | | **$160.00** |
| Postage | | **$35.00** |
| Materials and supplies | | **$139.00** |
| Travel and entertainment | | **$139.00** |

**Total Monthly Expenses** $22,096.00

**Net Monthly Income:** $3,654.00

**Fill in this information to identify your case:**

Debtor 1     **IRA**          **CHARLES**       **GAMBLE, II**
             First Name       Middle Name       Last Name

Debtor 2     **CRYSTAL**      **LASHAWN**       **GAMBLE**
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number   **16-36498-H1-13**
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition
  chapter 13 expenses as of the
  following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.
    ☑ Yes.  **Does Debtor 2 live in a separate household?**
        ☑ No
        ☐ Yes.  Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**          ☐ No

    Do not list Debtor 1 and          ☑ Yes.  Fill out this information
    Debtor 2.                                 for each dependent..................

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 15 | ☐ No  ☑ Yes |
| Son | 9 | ☐ No  ☑ Yes |
| Son | 13 | ☐ No  ☑ Yes |
| Granddaughter | 2 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**     ☑ No   ☐ Yes

### Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**          4.          **$0.00**
    Include first mortgage payments and any rent for the ground or lot.          **(See continuation sheet(s) for details)**

    If not included in line 4:

    4a.  Real estate taxes          4a.  _____

    4b.  Property, homeowner's, or renter's insurance          4b.  _____

    4c.  Home maintenance, repair, and upkeep expenses          4c.  **$140.00**

    4d.  Homeowner's association or condominium dues          4d.  **$39.00**

Debtor 1   **IRA CHARLES GAMBLE, II**
Debtor 2   **CRYSTAL LASHAWN GAMBLE**

Case number (if known)   **16-36498-H1-13**

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$350.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$100.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$505.00** |
| | 6d.  Other.  Specify:  __Alarm__ | 6d. | **$60.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$960.00** |
| 8. | **Childcare and children's education costs** | 8. | **$10.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$160.00** |
| 10. | **Personal care products and services** | 10. | **$70.00** |
| 11. | **Medical and dental expenses** | 11. | **$290.00** |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$648.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$125.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$250.00** |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | **$100.00** |
| | 15b.  Health insurance | 15b. | |
| | 15c.  Vehicle insurance | 15c. | **$460.00** |
| | 15d.  Other insurance.  Specify: | 15d. | |
| 16. | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  __Income Taxes__ | 16. | **$570.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | |
| | 17b.  Car payments for Vehicle 2 | 17b. | |
| | 17c.  Other.  Specify: | 17c. | |
| | 17d.  Other.  Specify: | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |

Debtor 1   **IRA CHARLES GAMBLE, II**
Debtor 2   **CRYSTAL LASHAWN GAMBLE**                    Case number (if known)   **16-36498-H1-13**

**20.**  **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a.   Mortgages on other property                                      20a.   _____

20b.   Real estate taxes                                                20b.   _____

20c.   Property, homeowner's, or renter's insurance                    20c.   _____

20d.   Maintenance, repair, and upkeep expenses                        20d.   _____

20e.   Homeowner's association or condominium dues                     20e.   _____

**21.**  **Other.**   Specify: _____       21.   +  _____

**22.**  **Calculate your monthly expenses.**

22a.   Add lines 4 through 21.                                         22a.   |   $4,837.00 |

22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.   _____

22c.   Add line 22a and 22b.  The result is your monthly expenses.     22c.   |   $4,837.00 |

**23.**  **Calculate your monthly net income.**

23a.   Copy line 12 (your combined monthly income) from Schedule I.    23a.   _____  $7,837.00

23b.   Copy your monthly expenses from line 22c above.                 23b.   −  _____  $4,837.00

23c.   Subtract your monthly expenses from your monthly income.
       The result is your monthly net income.                         23c.   |   $3,000.00 |

**24.**  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   | Explain here:
         | **None.**

**4.**  **The rental or home ownership expense for your residence (details):**
       **Ongoing mortgage payments included in the Chapter 13 plan**

                                                   Total:   |   $0.00 |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>IRA</strong><br>First Name</td><td><strong>CHARLES</strong><br>Middle Name</td><td><strong>GAMBLE, II</strong><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><strong>CRYSTAL</strong><br>First Name</td><td><strong>LASHAWN</strong><br>Middle Name</td><td><strong>GAMBLE</strong><br>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td colspan="4">Case number<br>(if known)   <strong>16-36498-H1-13</strong></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:     Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| **1.** | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a.  Copy line 55, Total real estate, from Schedule A/B........................................................ | **$180,000.00** |
| | 1b.  Copy line 62, Total personal property, from Schedule A/B............................................. | **$69,014.28** |
| | 1c.  Copy line 63, Total of all property on Schedule A/B...................................................... | **$249,014.28** |

### Part 2:     Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| **2.** | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$342,088.11** |
| **3.** | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$5,606.91** |
| | 3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................. + | **$402,548.72** |
| | **Your total liabilities** | **$750,243.74** |

### Part 3:     Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| **4.** | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I................................................ | **$7,837.00** |
| **5.** | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.................................................... | **$4,837.00** |

Debtor 1   **IRA CHARLES GAMBLE, II**
Debtor 2   **CRYSTAL LASHAWN GAMBLE**                    Case number (if known)   **16-36498-H1-13**

## Part 4:   Answer These Questions for Administrative and Statistical Records

**6.   Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☑   Yes

**7.   What kind of debt do you have?**

☑   **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from
Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

|  |
|---|
| **$7,254.94** |

**9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

| | |
|---|---|
| 9a.  Domestic support obligations.  (Copy line 6a.) | **$400.00** |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | **$2,006.91** |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | **$0.00** |
| 9d.  Student loans.  (Copy line 6f.) | **$44,001.95** |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | **$0.00** |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + **$0.00** |
| 9g.  **Total.**  Add lines 9a through 9f. | **$46,408.86** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **IRA** | **CHARLES** | **GAMBLE, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **CRYSTAL** | **LASHAWN** | **GAMBLE** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-36498-H1-13**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ IRA CHARLES GAMBLE, II**
IRA CHARLES GAMBLE, II, Debtor 1

X **/s/ CRYSTAL LASHAWN GAMBLE**
CRYSTAL LASHAWN GAMBLE, Debtor 2

Date **01/28/2017**
MM / DD / YYYY

Date **01/28/2017**
MM / DD / YYYY